

FILED
CLERK, U.S. DISTRICT COURT

DEC 2 6 2018

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF<br><br>v.<br><br>CHRISTOFER DAMICO,<br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>SACR18-00167 JLS<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |

Upon motion of __Defendant__ , IT IS ORDERED that a detention hearing is set for __December 27, 2018__ , _____ , at __2:00__ ☐a.m. / ☒p.m. before the Honorable __Douglas F. McCormick__ , in Courtroom __6B__ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __December 26, 2018__

Douglas F. McCormick
U.S. ~~District Judge~~/Magistrate Judge

CR-66 (10/97)                                                                 Page 1 of 1