FILED
CLERK, U.S. DISTRICT COURT

OCT 17 2022

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          CENTRAL DISTRICT OF CALIFORNIA
10

11   UNITED STATES OF AMERICA,      )   Case No.: 8:18-CR-00167-JLS-2
12                    Plaintiff,    )   ORDER OF DETENTION AFTER
                                    )   HEARING
13        vs.                       )   [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C.
                                    )   § 3143(a)]
14   Christofer Damico              )
15                    Defendant.    )
16

17        The defendant having been arrested in this District pursuant to a warrant issued

18   by the United States District Court for the ___Central Dist. CA_____,

19   for alleged violation(s) of the terms and conditions of his/her [probation] [supervised

20   release]; and

21        The Court having conducted a detention hearing pursuant to Federal Rule of

22   Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

23        The Court finds that:

24   A.   ☒ The defendant has not met his/her burden of establishing by clear and

25        convincing evidence that he/she is not likely to flee if released under 18 U.S.C. §

26        3142(b) or (c).  This finding is based on __unstable residence/employment,_

27        _substance abuse, unknown bail resources, allegations of_

28        _failing to report_____

1

2

3   and/or

4   B.   ( ) The defendant has not met his/her burden of establishing by clear and

5   convincing evidence that he/she is not likely to pose a danger to the safety of any

6   other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This

7   finding is based on _____

8   _____

9   _____

10  _____

11  _____

12

13       IT THEREFORE IS ORDERED that the defendant be detained pending further

14  revocation proceedings.

15

16  DATED: ___10/17/22___

17       KAREN E. SCOTT
     UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28